# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5091**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:22-cv-02383-TNM**

**Filed On:** January 2, 2025

Abram J. Harris,

      Appellant

    v.

U.S. Department of Transportation FMCSA
and United States of America,

      Appellees

**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, Garcia, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the supplements thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:　/s/
      Daniel J. Reidy
      Deputy Clerk